Matthew Strugar (State Bar No. 232951)
Matthew-s@petaf.org
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
Tel: 323-210-2263
Fax: 202-540-2207

Delcianna Winders (State Bar No. 247884)
DelciannaW@petaf.org
PETA Foundation
1536 16th Street NW
Washington, DC 20036
Tel: 202-309-4697
Fax: 202-540-2207

Steven A. Marenberg (State Bar No. 101033)
smarenberg@irell.com
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: 310-277-1010
Fax: 310-203-7199

*Attorneys for Plaintiffs*

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| People for the Ethical Treatment of Animals, Inc., and Animal Defenders International, Inc., U.S., <br><br>Plaintiffs, <br><br>v. <br><br>United States Fish and Wildlife Service and Ken Salazar, in his official capacity as Secretary of the Interior, <br>Defendants <br><br>and <br><br>Feld Entertainment, Inc. <br>　　　　　　Defendant-Intervenor | Case No. 2:12-cv-4435-DMG(MANx) <br><br>**FINAL JUDGMENT OF DISMISSAL** |

**WHEREAS**, on January 31, 2014, this Court entered an Order granting Defendants' Motions to Dismiss the First Amended Complaint of Plaintiffs People for the Ethical Treatment of Animals, Inc., and Animal Defenders International, Inc., U.S. (collectively, "Plaintiffs");

**WHEREAS,** the Court's January 31, 2014 Order did not grant leave to amend as to Count One, did grant leave to amend as to Count Two, and permitted Plaintiffs to file any amended complaint within 15 days of the date of the Order;

**WHEREAS**, Plaintiffs have not filed any amended complaint;

**WHEREAS,** Plaintiffs seek a final decision of the district court for purposes of appeal;

**WHEREAS,** for purposes of entering this judgment, the Court has jurisdiction over the parties and the subject matter of the dispute between them.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that this action is DISMISSED WITH PREJUDICE. This Order represents a final adjudication of all claims in this case.

**IT IS SO ORDERED.**

DATED: March 3, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE